*Wednesday, September 23, 1992*

## MERIT DOCKET

**91–1459.** State ex rel. Ohio Bldg. Restoration, Inc. v. Indus. Comm. *Franklin County,* No. 91AP–76. *Sua sponte,* cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1866.** State ex rel. Heare v. Akron. *Summit County,* No. 15143. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–228.** Diamond Club v. Ins. Co. of N. Am. Certified Question of State Law, No. 913277. *Sua sponte,* cause dismissed for want of prosecution.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–312.** State ex rel. Hancock v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–831.** Seals v. Shiplevy. In Habeas Corpus. *Sua sponte,* cause dismissed.
SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.
MOYER, C.J., and H. BROWN, J., would allow the writ, but deny relief.

**92–1111.** State v. Rodgers. *Cuyahoga County,* No. 60254. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, WRIGHT and RESNICK, JJ., concur.
DOUGLAS and H. BROWN, JJ., dissent and would grant an extension of time.

**92–1113.** State ex rel. Laguta v. Corrigan. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1122.** State ex rel. Butler v. Ninth Dist. Court of Appeals. In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1124.** Farley v. Ohio State Adult Probation Auth. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1133.** Justice v. McMackin. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1168.** Posey v. Morris. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1184.** State ex rel. Cedeno v. McManamon. *Cuyahoga County,* No. 63146. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, WRIGHT and H. BROWN, JJ., concur.
DOUGLAS and RESNICK, JJ., dissent.

**92–1412.** Carpenter v. Martin. *Franklin County,* No. 91AP–1373. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS and WRIGHT, JJ., concur.
H. BROWN and RESNICK, JJ., dissent.